In the Matter of the Claim of LONI MENDELSOHN, Claimant. FRIEDA S. MILLER, as Industrial Commissioner, Appellant; DOCTORS HOSPITAL, INC., Respondent.

Argued December 3, 1945; decided January 18, 1946.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran, Orrin G. Judd* and *Otto W. G. Marquard* of counsel), for appellant.

*John G. Saxe, Eli Whitney Debevoise* and *Edward D. Burns* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and MEDALIE, JJ. Taking no part: THACHER, J.